# United States Bankruptcy Court
## of the
## Northern District Of Illinois
## Western Division

Trustee's Final Report

In Re: ZEMIRIA ALEXANDER  
1163 HEARTLAND GATE  
LAKE IN THE HILLS, IL  60156  

SSN-xxx-xx-0342

Case Number: 06-70256

Case filed on: 2/27/2006  
Plan Confirmed on: 7/7/2006

O Paid Out, No Discharge

Total funds received and disbursed pursuant to the plan: $24,517.90        Detail of Disbursements below:

| Claim # | Name of the Claimant | Claimed by the Creditor | Allowed by the Court | Principal Paid | Interest Paid |
|---|---|---:|---:|---:|---:|
| 772 | CLERK OF U.S. BANKRUPTCY COURT | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Administration | 0.00 | 0.00 | 0.00 | 0.00 |
| 007 | SELECT PORTFOLIO SERVICING INC | 0.00 | 0.00 | 10,076.00 | 0.00 |
|  | Total Continue | 0.00 | 0.00 | 10,076.00 | 0.00 |
| 000 | ATTORNEY WILLIAM TEITELBAUM | 2,500.00 | 2,500.00 | 0.00 | 0.00 |
|  | Total Legal | 2,500.00 | 2,500.00 | 0.00 | 0.00 |
| 006 | INTERNAL REVENUE SERVICE | 2,137.29 | 0.00 | 0.00 | 0.00 |
|  | Total Priority | 2,137.29 | 0.00 | 0.00 | 0.00 |
| 999 | ZEMIRIA ALEXANDER | 0.00 | 0.00 | 25.00 | 0.00 |
|  | Total Debtor Refund | 0.00 | 0.00 | 25.00 | 0.00 |
| 001 | AMERICAN HONDA FINANCE CORPORATION | 5,592.73 | 0.00 | 0.00 | 0.00 |
| 002 | M&I MARSHALL & ILSLEY BANK | 115,135.71 | 0.00 | 0.00 | 0.00 |
| 004 | M&I BANK | 14,519.00 | 4,762.27 | 4,762.27 | 2,045.73 |
| 005 | SELECT PORTFOLIO SERVICING INC | 15,107.72 | 6,233.13 | 6,233.13 | 0.00 |
| 008 | AMERICAN HONDA FINANCE CORPORATION | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Secured | 150,355.16 | 10,995.40 | 10,995.40 | 2,045.73 |
| 003 | MCHENRY COUNTY TREASURER | 0.00 | 0.00 | 0.00 | 0.00 |
| 006 | INTERNAL REVENUE SERVICE | 35.00 | 0.00 | 0.00 | 0.00 |
|  | Total Unsecured | 35.00 | 0.00 | 0.00 | 0.00 |
|  | Grand Total: | 155,027.45 | 13,495.40 | 21,096.40 | 2,045.73 |

Total Paid Claimant:      $23,142.13  
Trustee Allowance:          $1,375.77  
Percent Paid Unsecured:        0.00

Wherefore, your petitioner prays that a final Decree be entered discharging the trustee and the trustee's surety from any and all liablility on account of the within proceedings, and closing the estate, and for such other relief as is just.  Pursuant to FRBP, I hereby certify that the subject case has been fully administered.

Report Dated:

 /s/ Lydia S. Meyer  
Lydia S. Meyer, Trustee

This is to certify that a copy of this notice has been mailed to the debtor and the debtor's attorney.

Dated at Rockford, IL  on 03/26/2008        By  /s/Heather M. Fagan